THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICOLE PANE-EVANS,

        Plaintiff,

v.

LANDMARK COMMUNITY BANK,

        Defendant.

3:21-CV-252
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 23rd DAY OF NOVEMBER, 2021, upon receipt of Mediator James J. Conaboy, Esq.'s letter stating that the above-captioned matter has settled (Doc. 18), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge